IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMANDA PADGET,<br><br>    Plaintiff,<br><br>v.<br><br>COOK MEDICAL INCORPORATED<br>a/k/a COOK MEDICAL, INC., COOK<br>INCORPORATED, COOK GROUP INC.,<br>and WILLIAM COOK EUROPE APS,<br><br>    Defendants. | Case No. 3:13-cv-0998<br>Chief Judge Haynes |

## ORDER

Given the notice of the motion to transfer actions, including this action, filed with the Judicial Panel on Multidistrict Litigation, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened by any party if this action is not transferred.

It is so **ORDERED**.

ENTERED this the ___ day of August, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge